UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 13-13-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| BILLIE JO COMBS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition (also known as a Report and Recommendation) [R. 23] filed by United States Magistrate Judge Robert E. Wier.  The Defendant, Billie Jo Combs, violated the terms of her supervised release by using a controlled substance, possessing a controlled substance, failing to truthfully answer inquiries of the probation office, and by engaging in criminal conduct with a felon.  [R. 14; R. 23 at 2-3.]  Upon notification of the violations, the Court issued a warrant.  [R. 14.]  This matter was then referred to Judge Wier to conduct a final revocation hearing and recommend a proposed disposition.  [R. 16.]

On December 30, 2014, Judge Wier conducted a hearing on the alleged violations and Combs entered a knowing, voluntary and intelligent stipulation to the charged violations.  [R. 22; R. 23 at 2-3.]  On December 31, Judge Wier issued a Report and Recommendation which recommended that Combs be sentenced to seven (7) months incarceration, followed by one (1) year of supervised release.  [R. 23 at 6-7.]  Judge Wier

appropriately considered the 18 U.S.C. § 3583 factors in deciding that the sentence is appropriate.  [*Id.* at 3-8.]  The Recommended Disposition advises the parties' that objections must be filed within fourteen (14) days of service.  [*Id.* at 6-7.]  *See* 28 U.S.C. § 636(b)(1).  There were no objections filed during the relevant time period and Combs waived her right of allocution.  [R. 24.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made.  28 U.S.C. § 636(b)(1)(c).  When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ."  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation.  *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED:**

(1) The Defendant, Billie Jo Combs, has **WAIVED** her right to allocution [R. 24];

(2) Combs is **FOUND** to have violated the terms of her Supervised Release as set forth in the Petition filed by the U.S. Probation Office [R. 14];

(3) The Recommended Disposition [R. 23] as to Combs is **ADOPTED** as and for the Opinion of the Court;

(4) Combs is **SENTENCED** to seven (7) months of incarceration;

(5) Following the term of her imprisonment, Combs shall immediately

**COMMENCE** one (1) year of supervised release.

This 3rd day of February, 2015.



Signed By:
Gregory F. Van Tatenhove
United States District Judge